IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON MICHAEL MANNING/ROGERS
ADC # 108709  PLAINTIFF

V.  CASE NO. 5:10CV00282 DPM/BD

CURTIS L. MEINZER, *et al.*  DEFENDANTS

### ORDER

On September 21, 2010, Plaintiff filed a *pro se* complaint under 42 U.S.C. § 1983. (Docket entry #1) When he filed his complaint, however, he did not pay the statutory filing fee or submit an application for leave to proceed *in forma pauperis*. The Court, therefore, ordered Plaintiff either to pay the filing fee or file an application to proceed *in forma pauperis* within thirty (30) days. (#2) To date, Plaintiff has not complied with the Court's Order. Plaintiff, however, has filed a response to the Court's order stating that Helen Edwards has refused to complete the custodian's portion of his application. (#4)

The Clerk of the Court is directed to provide another application for leave to proceed *in forma pauperis* to Plaintiff along with a copy of this Order. An authorized official at the Arkansas Department of Correction must correctly complete Plaintiff's application. If Plaintiff has not filed a complete application for leave to proceed *in forma pauperis* within fourteen (14) days of the date of this Order and notifies the Court that prison officials have failed to provide him the information needed to complete his

application, the Court will schedule an emergency hearing to determine why Plaintiff's application has not been completed by ADC personnel.

The Clerk of the Court is directed to send a copy of this Order to Warden of the Varner Unit of the ADC, Post Office Box 600, Grady, Arkansas 71644.

IT IS SO ORDERED this 29th day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE