IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON MICHAEL MANNING/ROGERS
ADC # 108709                                                                                    PLAINTIFF

V.                          CASE NO. 5:10CV00282 DPM/BD

CURTIS L. MEINZER, *et al.*                                                              DEFENDANTS

## ORDER

Plaintiff has filed a motion for reconsideration, requesting that the Court reconsider its Order denying Plaintiff's motion for the appointment of counsel. (Docket entry #19) Plaintiff's motion (#19) is DENIED. For reasons previously stated, the Court declines to appoint counsel at this time.

IT IS SO ORDERED this 18th day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE