IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON MICHAEL MANNING/ROGERS,
ADC #108709                                                              PLAINTIFF

v.                          Case No. 5:10-cv-282-DPM

CURTIS L. MEINZER, J. BANKS,
LARRY D. MAY, and CHARLES FREYDER                    DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's Partial Recommended Disposition in this case and reviewed the record. Manning/Rogers filed no objections. There is no legal error or clear error of fact on the face of the record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Judge Deere's recommendation, *Document No. 21*, as its own. Manning/Rogers's motion for a temporary restraining order, *Document No. 20*, is denied.

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

17 March 2011