IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON MICHAEL MANNING/ROGERS,
ADC #108709                                                                            PLAINTIFF

v.                              Case No. 5:10-cv-282-DPM

CURTIS L. MEINZER, J. BANKS,
LARRY D. MAY, and CHARLES FREYDER                              DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's second Partial Recommended Disposition in this case and reviewed the record. Manning/Rogers filed no objections. There is no legal error or clear error of fact on the face of the record as a whole. FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition). In fact, Manning/Rogers's latest filing indicates his request for baptism has been resolved. *Document No. 39*. The Court therefore adopts Judge Deere's recommendation, *Document No. 35*, as its own. Manning/Rogers's second motion for a temporary restraining order, *Document No. 32*, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 June 2011