IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON MICHAEL MANNING/ROGERS,
ADC #108709                                                                                    PLAINTIFF

v.                              No. 5:10-cv-282-DPM-BD

CURTIS L. MEINZER; JAMES BANKS;
LARRY D. MAY; CHARLES FREYDER;
GRANT HARRIS; and JOHN DOES 1–10                                              DEFENDANTS

ORDER

Manning/Rogers's motion to voluntarily dismiss all of the John Doe Defendants, *Document No. 51*, is granted. The claims against the John Doe Defendants are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2012