IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON MICHAEL MANNING/ROGERS,
ADC #108709                                                                    PLAINTIFF

v.                            No. 5:10-cv-282-DPM-BD

CURTIS L. MEINZER, Warden, Varner Unit, ADC;
CHARLES FREYDER, Senior Chaplain, Varner Unit,
ADC; and GRANT HARRIS                                                 DEFENDANTS

# ORDER

No one has objected to Magistrate Judge Beth Deere's Recommended Disposition. № 93. There is no legal error or clear error of fact on the face of the record as a whole. FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition). The Court therefore adopts Judge Deere's recommendation. The Defendants' motion for summary judgment, № 84, is granted. Manning/Rogers's claim against Meinzer for damages in his official capacity is dismissed with prejudice. *Papasan v. Allain,* 478 U.S. 265, 278 (1986). His claims against Meinzer in his individual capacity are dismissed without prejudice for failure to exhaust administrative remedies. Claims against Harris and Freyder are dismissed with prejudice because they are entitled to qualified immunity.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 July 2013