IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JASON MICHAEL MANNING/ROGERS,
ADC #108709                                                           PLAINTIFF

v.                      No. 5:10-cv-282-DPM

CURTIS L. MEINZER, Warden, Varner Unit, ADC;
JAMES BANKS, Warden, Varner Unit, ADC;
LARRY D. MAY, Chief Deputy Director, ADC;
CHARLES FREYDER, Senior Chaplain, Varner Unit,
ADC; and GRANT HARRIS                                                 DEFENDANTS

## JUDGMENT

Manning/Rogers's claim for damages against Meinzer in his official capacity is dismissed with prejudice. His claims against Meinzer in his individual capacity are dismissed without prejudice. All claims against Banks and May are dismissed without prejudice. Claims against Harris and Freyder are dismissed with prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

15 July 2013