# IN UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JASON MICHAEL MANNING/ROGERS,**
**ADC #108709**                                    **PLAINTIFF**

v.                    **No. 5:10-cv-282-DPM-BD**

**CURTIS L. MEINZER, Deputy Warden, Varner Unit,**
**ADC; CHARLES FREYDER, Senior Chaplain,**
**Varner Unit, ADC; and GRANT HARRIS,**
**in his individual capacity**                **DEFENDANTS**

## ORDER

Manning/Rogers's Court-appointed lawyers from Wright, Lindsey &

Jennings LLP seek reimbursement of expenses. № 103. Motion, № 103,

granted. These out-of-pocket expenses are reasonable and were necessary.

The Clerk of the Court shall pay Wright, Lindsey & Jennings $1,557.57 from

the Library Fund. The Clerk shall also put a copy of this Order and the

motion, № 103, in the Library Fund file. Local Rule 83.6.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_____22 May 2014_____